IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, | ) DOCKET NO. 3:06 CR151 |
| v. | ) |
| (5) ROBERT KUSTRA | ) |

## ORDER

The Court hereby grants the Motion of the United States to strike as surplusage, the words ", a citizen of Canada," from paragraph 10 of the Superseding Indictment. After the granting of this Order, Paragraph 10, will read as follows:

    10. ROBERT KUSTRA managed one or more of the call centers in Costa Rica.

IT IS SO ORDERED.

Signed: January 26, 2011

Frank D. Whitney
United States District Judge